IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-19-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GRIFFIN'S PERSONAL PROPERTY, | ) | |
| SPECIFICALLY DESCRIBED AS: A | ) | |
| 2010 CADILLAC CTS, | ) | |
| VIN: 1G6DP8EV8A0106278, AND ANY | ) | |
| AND ALL PROCEEDS FROM THE SALE | ) | |
| OF SAID PROPERTY, | ) | |
| | ) | |
| Defendant. | ) | |

This civil forfeiture action comes before the Court on a motion to appoint counsel to assist with his claim by Harold Griffin. Only in exceptional cases will counsel be appointed in civil actions, *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975), and no such circumstances are present here. Accordingly, Griffin's motion to appoint counsel [DE 7] is DENIED.

However, the Court will construe Griffin's motion as further seeking an extension of time within which to file a verified claim and answer pursuant to Rules G(5)(a) and (b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture claims. Griffin's request for an extension of time is ALLOWED and he may file a claim under Rule G(5)(a) not later than September 1, 2017, and an answer under Rule G(5)(b) not later than September 15, 2017.

In light of the foregoing, plaintiff's motion for entry of default and default judgment [DE 9, 10] are DENIED WITHOUT PREJUDICE.

SO ORDERED, this 15 day of August, 2017.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE