IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-19-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRIFFIN'S PERSONAL PROPERTY, ) <br> SPECIFICALLY DESCRIBED AS: A ) <br> 2010 CADILLAC CTS, ) <br> VIN: 1G6DP8EV8A0106278, AND ANY ) <br> AND ALL PROCEEDS FROM THE SALE ) <br> OF SAID PROPERTY, ) <br> ) <br> Defendant. ) | O R D E R |

This civil forfeiture action comes before the Court on a motion by claimant Harold Griffin, Jr. under Rule G(5)(a) and G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In the motion Griffin contends that he has an interest of ownership in the property and seeks the lifting of the injunction from his property or a hearing thereon. Griffin has also filed a claim under Rule G(5)(a). Accordingly, the Court construes Griffin's pro se motion [DE 12] as an answer to the complaint for forfeiture in rem pursuant to Rule G(5)(b). The clerk is DIRECTED to request from the parties a discovery plan and to correct the docket consistent with the foregoing.

SO ORDERED, this __7__ day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE